AO91 (Rev. 11/11) Criminal Complaint

# United States District Court

for the

Southern District of Texas

UNITED STATES OF AMERICA )
V. )
Charles Preston Hansford Jr. ) Case Number:
**Laredo, Texas** )
)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 28, 2020** (Date) in the county of **Webb** in the **Southern** District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 8 United States Code, Section 1324 | Knowing and in reckless disregard of the fact that a certain alien had come to, entered, and remained in the United States in violation of law, did transport and move, attempt to transport and move, and conspire to transport and move such alien within the United States, by means of transportation and otherwise, in furtherance of such violation of law. |

This criminal complaint is based on these facts:

See attachment "A".

[X] Continued on the attached sheet.

/s/ Edmond Palomarez
Complainant's Signature

Complainant Edmond Palomarez
sworn and attested before me
on June 1, 2020,
at Laredo, Texas.

Diana Song Quiroga
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE

**[CONT OF BASIS OF COMPLAINT]**

1. On May 28, 2020, a Border Patrol agent (BPA) working the primary inspection lane at the United States Border Patrol (USBP) Checkpoint located on IH-35 29 miles north of Laredo, TX encountered a white Ford F-250 driven by a male, later identified as Charles Preston HANSFORD Jr. The BPA conducted an immigration inspection of HANSFORD. While conducting a free air sniff of the vehicle, a BP service canine alerted to the presence of concealed humans and/or narcotics. HANSFORD was then instructed to proceed to the secondary inspection station to which he complied.

2. In the secondary inspection area, a search of the vehicle revealed one (1) male subject laying behind the rear seat. BPAs conducted an immigration inspection of the subject and determined he was an undocumented alien (UDA) and did not possess any immigration documents that would allow him to be in or remain in the United States.

3. Homeland Security Investigations (HSI), special agents (SAs) were contacted for investigative assistance and responded to the incident. HSI SAs arrived at the USBP checkpoint and transported HANSFORD to an interview room located at Homeland Security Investigation office in Laredo, TX.

4. During a post Miranda interview, HANSFORD admitted he attempted to smuggle a UDA to San Antonio, Texas. HANSFORD stated the UDA was behind the “back seat”. HANSFORD acknowledged he was aware of the UDA’s immigration status. HANSFORD stated he was going to be paid two thousand eight hundred dollars ($2800) upon delivery of the UDA to an unknown individual in San Antonio, TX.

5. HANSFORD stated there were likely two (2) UDAs at his house a located at the 100 block of Martingale Lane in Laredo, TX. HANSFORD reported he pays the rent for the residence and is responsible for the residence. HANSFORD gave HSI SAs verbal consent to enter and search the residence in its entirety.

6. HSI SAs paused the interview and transported HANSFORD to his residence on the 100 block Martingale Lane, Laredo, TX. HANSFORD opened the garage via the garage door keypad and allowed HSI SAs and BPAs to enter the house.

7. Two (2) subjects were discovered in a bedroom on the second floor. BPAs conducted an immigration inspection of both subjects and determined both individuals were UDAs and did not possess any immigration documents that would allow them to be in or remain in the United States. Both subjects were interviewed on scene and returned to Mexico by law enforcement.

8. HSI SAs identified one (1) material witnesses: Giovani LAURIANO-Bravo. LAURIANO-Bravo stated he is a citizen of Mexico who is illegally present inside the U.S. LAURIANO-Bravo stated he illegally entered the U.S. by way of Mexico in May of 2020 by crossing the Rio Grande River. LAURIANO-Bravo stated arrangements were made with members of a human smuggling organization(s) (HSO) to be transported to Houston, TX for a fee of eight thousand dollars ($8000).

9. HSI SAs transported HANSFORD to Homeland Security Investigation office in Laredo, to continue the interview. HANSFORD was informed his Miranda Warnings were in effect to which he agreed to continue speaking without a presence of a lawyer. HANSFORD admitted he participated in approximately (30) human smuggling events every week for approximately six (6) months.

UNITED STATES OF AMERICA
V.
**Charles Preston Hansford**



**[CONT OF BASIS OF COMPLAINT]**

**[END]**